IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jeanette Patrice Harper,<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing,<br>    Movant<br><br>vs.<br><br>Jeanette Patrice Harper,<br>    Debtor | Case No. 25-01436-MJC<br><br>Chapter 13 |

## OBJECTION TO CONFIRMATION
## OF DEBTOR'S CHAPTER 13 PLAN

NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant"), by and through its undersigned counsel, files this

*Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc 8), and states as follows:

1. The Debtor's filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on May 22, 2025.

2. Movant holds a security interest in the Debtor's real property located at 31 Mt Pocono Court, Mount Pocono, PA 18344 (the "Property"), by virtue of a Mortgage.

3. The Debtor's filed a Chapter 13 Plan (the "Plan") on May 22, 2025 (Doc 8).

4. In 2(B) of Debtor's Plan, "none" is checked to show no direct pay by debtor of mortgage but then lists information showing New Rez as 1st Mortgage. This is Conflicting treatment.

5. Additionally, Debtor's Plan mentions that Debtor plans to sell the property but does not specify any date for completion of the proposed sale. The confirmation of the Plan should be denied until or unless the Plan provides more specific details regarding the sale.

6. Debtor's Plan underestimates the prepetition arrearage amount owed to Creditor as

1 of 5

Case 5:25-bk-01436-MJC    Doc 23    Filed 07/29/25    Entered 07/29/25 17:23:52    Desc
Main Document    Page 1 of 5

$16,622.95.

7. Movant has not yet filed a proof of claim but will do so prior to the expiration of the claims deadline. According to preliminary figures, the arrearage is $19,183.21.

8. The Debtor's Plan is entirely ambiguous as it proposes to cure arrears, while at the same sell the property.

9. The Movant requires that the Debtor choose one treatment as to the Subject Property and proceed accordingly as to that treatment.

10. Therefore, Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Movant.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

/s/Mark Cronin
Mark Cronin
Pennsylvania BAR NO. 58240
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, PA 19106

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jeanette Patrice Harper,<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing,<br>    Movant<br><br>vs.<br><br>Jeanette Patrice Harper,<br>    Debtor | Case No. 25-01436-MJC<br><br>Chapter 13 |

### **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Debtor's Attorney
Vincent Rubino
Newman Williams Mishin Corveleyn,
et al
712 Monroe Street
PO Box 511
Stroudsburg, PA 18360-0511

Trustee
Jack N Zaharopoulos
Standing Chapter 13
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Bankruptcy Trustee

United States Trustee
US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102

Via First Class Mail:

Jeanette Patrice Harper
31 Mount Pocono Court
Mount Pocono, PA 18344

                                               _/s/Mark Cronin_____
                                               Mark Cronin
                                               Pennsylvania BAR NO. 58240
                                               Attorney for Creditor
                                               McCalla Raymer Leibert Pierce, LLP
                                               325 Chestnut Street, Suite 725
                                               Philadelphia, PA 19106