IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Jeanette Patrice Harper
aka Jeanette P. Harper
aka Jeanette Harper
    Debtor

Case No. 5:25-bk-01436-MJC

Chapter 13

## ORDER

Upon consideration of Debtor's Motion to Sell Real Property of the Estate Under 11 U.S.C. §363(b): 31 Mount Pocono Court, Mount Pocono, PA 18344, Doc. 35 ("Motion"), after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, it is hereby

**ORDERED** that said Motion is **GRANTED**, and that Debtor be and is hereby **AUTHORIZED** to execute any all documents necessary to complete the sale of 31 Mount Pocono Court, Mount Pocono, PA 18344 ("Property"), to Wade Schultz for the sum of ONE HUNDRED FIVE THOUSAND AND 00/100 (**$105,000.00**) DOLLARS; and it is further

**ORDERED** that distribution of the proceeds from the sale of the real estate at settlement, be made as follows:

    a.    Any out-of-pocket expenses advanced by or on behalf of Debtors and/or their realtors or closing agents in connection with the sale of the aforementioned Property, and which have not been reimbursed at the time of settlement; then to

    b.    Any notarization, document preparation, mail or wire fees, and/or incidental recording fees associated with the sale of the above Property; then to

    c.    Any transfer tax which is the responsibility of the Debtors; then to

    d.    Realtors' commissions in accordance with the applicable agreement of sale and law; then to

e. Attorneys' Fees of $750.00 to Newman Williams, P.C. for preparing, filing and serving the instant motion and resolving objections, if any; then to,

f. Any real estate taxes, tax liens and municipal liens; then to

g. All existing mortgages of record including the first mortgage held by NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor") and that Secured Creditor's lien will be paid in full at the closing of said sale based upon an up-to-date payoff quote, which payoff quote is requested and obtained by Debtor's closing agent in advance of the closing; then to

h. Debtor in the amount of $29,911.43 on account of her exemption pursuant to 11 U.S.C. § 522(d)(1); then

i. The remaining proceeds, if any, to Standing Chapter 13 Trustee Jack Zaharapolous for distribution in accordance with Debtor's confirmed Chapter 13 plan.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: January 9, 2026