# Notice Recipients

District/Off: 0314–5     User: AutoDocketer     Date Created: 1/9/2026
Case: 5:25–bk–01436–MJC     Form ID: pdf010     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Robert J Kidwell, III     rkidwell@newmanwilliams.com

                                                                          TOTAL: 1